People v Gates (2025 NY Slip Op 07020)

People v Gates

2025 NY Slip Op 07020

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LARA J. GENOVESI
WILLIAM G. FORD
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2024-02895
2025-03547

[*1]The People of the State of New York, respondent, 
vEmmanuel Gates, also known as "Manny," appellant. (S.C.I. No. 70696/23; Ind. No. 70812/23)

Matthew Christiana, Brooklyn, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Cynthia Dolan of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by his motion, from (1) a sentence of the County Court, Orange County (Hyun Chin Kim, J.), imposed April 2, 2024, under Superior Court Information No. 70696/23, and (2) a sentence of the same court (Craig S. Brown, J.), also imposed April 2, 2024, under Indictment No. 70812/23, upon his pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentences imposed were excessive (see People v Lopez, 6 NY3d 248, 255).
DUFFY, J.P., GENOVESI, FORD, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court